IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02003-RPM

MARIA RAMOS,

    Plaintiff,

v.

GEORGE R. PEZZA, JR.,

    Defendant.

___

## ORDER FOR DISMISSAL

___

Pursuant to the Stipulation for Dismissal with Prejudice filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and fees.

Dated: August 18th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge